CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 27 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHARLES EDWARD MORRIS,
    Petitioner,

v.

GILES COUNTY CIRCUIT COURT,
    Respondent.

Civil Action No. 7:07-cv-00285

By: Hon. Glen E. Conrad
United States District Judge

**FINAL ORDER**

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss is **GRANTED**, and the above-referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies. The case is stricken from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk of the Court is directed to send copies of this final order and accompanying memorandum opinion to petitioner.

ENTER: This 27th day of July, 2007.

/s/ Glen E. Conrad
United States District Judge